Catherine E. Anderson (*Pro Hac Pending*)
   canderson@gslaway.com
GISKAN SOLOTAROFF ANDERSON & STEWART, LLP
11 Broadway, Suite 2150
New York, NY 10004
Tel: (212) 847-8315
Fax: (646) 520-3237

Peter E. Garrell, Esq. (SBN 155177)
   pgarrell@fortislaw.com
John M. Kennedy, Esq. (SBN 156009)
   jkennedy@fortislaw.com
FORTIS LLP
650 Town Center Drive, Suite 1530
Costa Mesa, CA 92626
Telephone:  (714) 839-3800
Facsimile:  (714) 795-2995

Attorneys for Plaintiff VICTOR MALLH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MALLH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>INCASE DESIGNS CORP.,<br><br>　　　　　　Defendant. | Case No.<br><br>**CLASS ACTION**<br><br>**PLAINTIFF VICTOR MALLH'S CLASS ACTION COMPLAINT** |

Plaintiff Victor Mallh, individually and on behalf of all others similarly situated, alleges as follows against Defendant Incase Designs Corp. ("Incase").

## INTRODUCTION

1.    This action is brought on behalf of individuals who purchased the Incase MacBook Hardshell laptop case for the Apple MacBook Pro laptop (the "MacBook Hardshell").  Incase markets and sells the MacBook Hardshell, which retails for approximately $50.00, as top of the line and specifically designed for the protection of the Apple MacBook Pro laptop.  Within weeks of use, however, the MacBook Hardshell cracks and chips, thus leaving the MacBook Pro laptop unprotected and vulnerable to damage.

2.    On its website, Incase represents that it has "thoughtfully crafted" laptop cases, "MacBook protection solutions", phone cases and other travel accessories which are focused specifically on the "protection and mobility" of Apple products. Incase represents on its website that "[o]ur team employs exacting design protocols to ensure each Incase product meets the needs of our consumers, new emerging markets, and an ever-expanding world of Apple produce experiences" and that "[o]ur heritage is deeply rooted in the lifestyles of those who create on the Apple platform, and through this dedication we are able to focus on our consumers' evolving needs and continually expand our product offering."

3.    On the Incase website, https://www.incase.com /products/protection/macbook-cases/hardshell-case-for-macbook-pro-15-dots, which Plaintiff reviewed prior to his purchase of the MacBook Hardshell, Incase represents that the MacBook Hardshell has an average user review of 4.8 out of a total of 5 stars.  Incase further represents on its website that "100% of respondents would recommend this [MacBook Hardshell] to a friend."  Indeed, there are no negative reviews for the MacBook Hardshell on the Incase website.

4.    Incase represents to consumers on its website that they can "**[p]rotect** and personalize your 15-inch MacBook Pro . . . with Incase's lightweight, form-

2

fitting Hardshell Case.  It delivers **complete protection** without sacrificing access to ports, lights, and buttons.  This durable Macbook cover also offers sophisticated styling, injection molded construction, and rubberize feet to keep your laptop cool and firmly in place." (Emphasis added).

5.    At all relevant times, Incase has been aware of the defect in the MacBook Hardshell which causes it readily to crack and break along the edges shortly after purchase, thus making it unfit for its primary intended purpose of protecting the portable Apple MacBook Pro laptop.

6.    Despite awareness of the defect, Incase has touted and continues to tout the MacBook Hardshell as "Perfect In Every Way."  See https://www.incase.com/products/protection/macbook-cases/hardshell-case-for-macbook-pro-15-dots.  Incase further represents that, "[u]nlike other MacBook hardshell cases that are commonly made with ABS plastic, we design out Macbook Hardshell with premium Bayer Makrolon polycarbonate."

7.    Incase's failure to disclose the defect is material information that would have been important to Plaintiff's decision to purchase the MacBook Hardshell.

8.    Every MacBook Hardshell comes with a one-year limited written warranty which provides in relevant part:

> Incase warrants the Product against defects in materials and workmanship for a one (1) year period from the date or original purchase ("Warranty Period") when the product is purchased through an authorized reseller.  If a defect arises and a valid claim is received by Incase within the Warranty Period, at its option, Incase will replace the Product with a functionally equivalent new product.  Incase warrants repaired Products and replacement products provided hereunder against defects in materials and workmanship from the date of the repair or replacement for ninety (90) days or, if longer, for the remainder of the Warranty Period.

3

9.    Incase routinely refuses to honor its warranty obligations and fails to exercise its discretion under the warranty in good faith.  Incase continues to provide a "replacement" MacBook Hardshell with the same defect, rather than provide consumers with a defect-free replacement.  Indeed, the reported "replacement" MacBook Hardshell continues to suffer the same material defect.

10.    As a consequence of the undisclosed defect in materials and workmanship, Plaintiff and the other members of the Class have been deprived of the benefit of their bargain.

## PARTIES

11.     Plaintiff Victor Mallh is an individual and member of the consumer public who resides in Queens, New York.

12.    Defendant Incase Designs Corp. ("Incase") located at 910 S. Broadway, Los Angeles, California, 90015, is a product design company which develops, markets and sells travel and protection cases for Apple computer and cell phone products to the consuming public.

## JURISDICTION AND VENUE

13.    This Court has jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332, because this is a proposed class action in which (a) there are at least 100 Class members; (b) the combined claims of Class members exceed $5,000,000, exclusive of interest, attorneys' fees and costs; and (c) Plaintiff is domiciled in New York while Defendant Incase is domiciled in California.

14.    The Court has personal jurisdiction over Incase because it is headquartered in this District.

15.    Venue is also proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Plaintiff's claim occurred in this District.

4

## Plaintiff's Allegations

16.    On July 20, 2018, Plaintiff purchased his MacBook Hardshell from an Apple retail store, *i.e.*, an authorized reseller of Incase, in Elmhurst, New York. Plaintiff paid $54.38, including tax, for his MacBook Hardshell.

17.    Almost immediately upon use, Plaintiff's MacBook Hardshell began to crack.   Within a few days or purchase, Plaintiff noticed cracks forming along the edges and sides of the laptop case.

18.    On or around October 9, 2018, Plaintiff contacted Incase customer support to report the defect with his MacBook Hardshell.  Plaintiff complied with all requirements under the warranty, including providing proof of purchase and pictures of the defective product.

19.    Shortly thereafter, in October 2018, Plaintiff received a replacement MacBook Hardshell from Incase.  The replacement case demonstrated the same problems and defect as the original MacBook Hardshell and began to crack almost immediately upon use.

20.    On October 28, 2018, Plaintiff contacted Incase customer support to report the same defect with the replacement MacBook Hardshell.  Plaintiff again complied with all requirements under the warranty.

21.    On October 31, 2018, Plaintiff sent a follow up email to Incase customer support stating, inter alia, "[t]hese incases tend to easily crack with time.  I don't know why.  Although I love the product, this issue is a concern.  Every time my incase breaks, do I keep messaging you?  Is there a limit on the amount of times I submit a claim?"

22.    In response to Plaintiff's October 31, 2018 email, Incase customer support replied, "[y]ou may make a claim any time up till one year from the original date of purchase."

23.     Shortly thereafter, Plaintiff received a second replacement MacBook Hardshell.  Again, within weeks the same defect manifested itself and cracks appeared along the sides and edges of the product.

24.     On November 20, 2018, Plaintiff contacted Incase customer support to report the same defect with the second replacement MacBook Hardshell.  Plaintiff complied with all the requirements under the warranty and requested a third and non-defective replacement product pursuant to the warranty.

25.     In late November 2018, Incase sent Plaintiff a third replacement MacBook Hardshell, which suffered from the same defect and began to crack along the sides and edges within days of use.

26.     Shortly thereafter, Plaintiff contacted Incase customer support to report the same defect of cracks appearing along the edges of the third replacement MacBook Hardshell as had existed in Plaintiff's original purchase and each replacement MacBook Hardshell sent pursuant to the warranty.   Plaintiff again complied with all requirements under the warranty and requested a fourth defect free replacement product.  In response, Incase customer service stated "[w]e regret to inform you that you have been denied for a warranty replacement because your warranty has expired.  There has been multiple hardshell replacement orders."

27.     Plaintiff was unaware before purchasing the MacBook Hardshell that it was defective.  Had Incase disclosed the defect, Plaintiff would not have purchased the Incase Laptop Case, and/or would not have purchased it at the price he paid.

28.     In addition to Plaintiff, numerous consumers have complained on line about the common defect in the MacBook Hardshell which causes it to crack within the warranty period, thus making it unfit for its intended purpose of protecting the MacBook.  Indeed, a small sampling set forth below of complaints posted by dissatisfied customers clearly demonstrate a common defect which causes the MacBook Hardshell to crack within weeks of use.

29.    For example, on July 26, 2018, one consumer who purchased the MacBook Hardshell wrote "[t]he corners are cracking after a month of light use, . . . Five month in and the case is falling apart in chips off of the plastic.  The cracks have extended across the case when I had hope it would stay in the corners.  I have not dropped or dinged the computer once, so the damage is despite careful use.  I am saddened to say this was a waste of $50." https://www.amazon.com/Incase-Designs-Hardshell-MacBook-Retina/product-reviews/B01EH67HVW/ref=cm_cr_arp_d_viewpnt_rgt?filterByStar=critical&pageNumber=1

30.    On August 21, 2018, another customer who purchased the MacBook Hardshell complained that, "I bought this case for my MacBook Pro, but I also bought the same case (different color and size) for my daughters 15" MacBook Pro that we bought in October of 2017. SAME THING HAPPENED WITH BOTH. Within days, there were micro cracks on all corners. Within weeks there were whole chips that had fallen off. Within a couple of weeks, there were cracks all around these four corners that extend up on the case. With both of these cases, this is just on the top component. (Though the complaint of the bottom is no venting...traps a lot of heat in!) THIS IS A SUPER BRITTLE CASE...NEITHER OF THESE COMPUTERS HAVE BEEN DROPPED...MY DAUGHTER'S HAS NEVER EVEN LEFT HER BEDROOM."
https://www.google.com/shopping/product/12503479978613654325?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase+macbook+15+hardshell+reviews&oq=incase+macbook+15+hardshell+reviews&prds=epd:13535470071836945908,hsec:reviews,paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg,prmr:1&sa=X&ved=0ahUKEwjv08ro0fPiAhXLpFkKHeFdDkUQ9AII2AM

31.    On September 3, 2018, a consumer who purchased the MacBook Hardshell wrote, "I have owned two of this brand's covers for my 13inch Macbook pro & this one for my new 15 inch Macbook Pro.  All of them cracked.  First they will crack on the edges of the corners. Once loose, they will create long cracks that eventually prevent the cover from functioning. For the money, the poor durability is why I give this product one star." https://www.amazon.com/Incase-Designs-Hardshell-MacBook-Retina/product-reviews/B01EH67HVW/ref=cm_cr_arp_d_viewpnt_rgt?filterByStar=critical&pageNumber=1

32.    On September 6, 2018, a customer who purchased the MacBook Hardshell wrote, "I got this at the beginning of august and its already cracked on the corners. I have never been rough with it, but it looks like its been dropped one too many times. Its cute but definitely not a quality product." https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20hardshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg,rstart:230&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHVqdBHAQqSQIvgE

33.    On September 7, 2018, a customer who purchased the MacBook Hardshell complained that, "[a]lthough I loved th[e] case initially within just a few days I started to notice cracks in the corners. There are now cracks in every corner. It's not very durable." https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20hardshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds

8

1  =paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL

2  BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-

3  wIdKE0RIZAFPVH717V8-

4  hGBU7qxyX5OweoZChUcetVg,rstart:200&sa=X&ved=0ahUKEwjun6v10fPiAhUF

5  wFkKHVqdBHAQqSQIvgE

6      34.    On September 15, 2018, another customer who purchased the MacBook

7  Hardshell complained that, "I have had this product for about 2 months, the corners

8  of the product are beginning to break. I am very gentle with my 3800 dollar

9  MacBook, so it has to be breaking from bad quality."

10  https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C

11  1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20ha

12  rdshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds

13  =paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL

14  BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-

15  wIdKE0RIZAFPVH717V8-

16  hGBU7qxyX5OweoZChUcetVg,rstart:240&sa=X&ved=0ahUKEwjun6v10fPiAhUF

17  wFkKHVqdBHAQqSQIvgE

18      35.    On September 16, 2018, a customer who purchased the MacBook

19  Hardshell rated the product one star out of five, noting that the "[p]lastic likes to

20  crack. . . Not worth the $50 I spent, I'd pay $10 at most for this."

21  https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C

22  1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20ha

23  rdshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds

24  =paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL

25  BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-

26  wIdKE0RIZAFPVH717V8-

27  hGBU7qxyX5OweoZChUcetVg,rstart:30&sa=X&ved=0ahUKEwjun6v10fPiAhUF

28  wFkKHVqdBHAQqSQIvgE

36.     On September 28, 2018, a customer who purchased the MacBook Hardshell also rated the product one star out of five, stating "[b]ought for my daughter going to college to protect her Mac. Thought it felt like thin junky plastic from the start but we were in a time crunch after having to return another style we bought from an online co. Then, there were just not many (if any) options to choose from that day at the store. Figured for the price it must be alright. She had it 3 weeks at school and the top corner was already splitting and missing tiny pieces. $$$ wasted. To note, she never dropped it, and had it in a soft sleeve when taking place to place. She said it was just not good quality for daily student use."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase+macbook+15+hardshell+reviews&oq=incase+macbook+15+hardshell+reviews&prds=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHVqdBHAQqSQIvgE

37.     On October 1, 2018, a customer who purchased the MacBook Hardshell wrote that the, "[c]ase worked well for the first couple of months used. After about 3 months (maybe), case started to crack on the corners. The case now no longer stays snapped to the computer. I am a student who carries my computer in my booksack but am not rough in any means. I take care of my valuables and this case is no longer useful for the intended purpose."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20hardshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-

hGBU7qxyX5OweoZChUcetVg,rstart:40&sa=X&ved=0ahUKEwjun6v10fPiAhUF

wFkKHVqdBHAQqSQIvgE

38.     On October 9, 2018, another customer who purchased the MacBook Hardshell complained that "Corners all cracked not 4 months later . . . I had a previous version of this case that lasted for years. This new one hasn't even lasted 4 months. I'm not sure if the blue color is particularly fragile or the plastic has aged since manufacture, but this case has not held up." https://www.amazon.com/Incase-Designs-Hardshell-MacBook-Retina/product-reviews/B01EH67HVW/ref=cm_cr_getr_d_paging_btm_next_2?filterByStar=critical&pageNumber=2

39.     On October 16, 2018, another customer who purchased the MacBook Hardshell wrote that "[t]his product is expensive and very low quality. It broke in all corners after only 1 month of use and damaged my brand new MacBook Pro as a result. I trusted Incase with my new computer but unfortunately, they let me down. Would welcome a replacement or refund." https://www.amazon.com/Incase-Designs-Hardshell-MacBook-Retina/product-reviews/B01EH67HVW/ref=cm_cr_getr_d_paging_btm_next_4?filterByStar=critical&pageNumber=4

40.     On October 28, 2018, a customer who purchased the MacBook Hardshell complained, "I have had this case for around 3 weeks and I am no longer able to use it due to the plastic cracking and chipping on most of the corners. The MacBook Pro has never been dropped or thrown around and is stored in a laptop pouch when it is transported. There is no reason that after 3 weeks that it should be falling a part the way that it is. I am no longer able to use the case for two main reasons: First the chipped areas are sharp and hurt! The second reason is the case no longer stays secure to the body of the MBP. It's a shame that I spent $50 on this case and I am not able to return it because I am outside my return window..." https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C

1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20ha

rdshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds

=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL

BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-

wIdKE0RIZAFPVH717V8-

hGBU7qxyX5OweoZChUcetVg,rstart:10&sa=X&ved=0ahUKEwjun6v10fPiAhUF

wFkKHVqdBHAQqSQIvgE

41.    On December 7, 2018, another customer who purchased the MacBook

Hardshell wrote "I've had this case for less than a year now, and it has cracked on

both corners. Ive never dropped my laptop, or abused it in any way. Note that my

Macbook Pro rarely leaves the house, and when it does I keep it in a well-padded

carrying case...I baby my computer gear."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C

1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20ha

rdshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds

=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL

BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-

wIdKE0RIZAFPVH717V8-

hGBU7qxyX5OweoZChUcetVg,rstart:100&sa=X&ved=0ahUKEwjun6v10fPiAhUF

wFkKHVqdBHAQqSQIvgE

42.    On January 12, 2019, a customer who purchased the MacBook

Hardshell posted, "Love the look of the case, compliments my MacBook Pro while

adding a little protection. However, after a couple weeks of using the laptop with no

dropping, the case has developed cracks in the corners nearest the trackpad. This is a

bit disappointing considering the price of the case."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C

1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20ha

rdshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds

1  =paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL

2  BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-

3  wIdKE0RIZAFPVH717V8-

4  hGBU7qxyX5OweoZChUcetVg,rstart:90&sa=X&ved=0ahUKEwjun6v10fPiAhUF

5  wFkKHVqdBHAQqSQIvgE

6        43.    On January 26, 2019, a customer who purchased the MacBook

7  Hardshell wrote that, "[w]ithin about a day, I could already see stress fractures on

8  one corner of the case. As of now, all four corners are cracking and chipping."

9  https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C

10  1GGRV_enUS819US819&biw=911&bih=438&q=incase+macbook+15+hardshell+r

11  eviews&oq=incase+macbook+15+hardshell+reviews&prds=paur:ClkAsKraX3IUf0

12  N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6Cc

13  Dn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-

14  hGBU7qxyX5OweoZChUcetVg&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHV

15  qdBHAQqSQIvgE

16        44.    On February 9, 2019, a customer who purchased the MacBook

17  Hardshell wrote "[t]his shell is terrible and easily cracks with minimal use. It is made

18  from cheap plastic and does not offer the level of protection I desire for my laptop."

19  https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C

20  1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20ha

21  rdshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds

22  =paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL

23  BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-

24  wIdKE0RIZAFPVH717V8-

25  hGBU7qxyX5OweoZChUcetVg,rstart:220&sa=X&ved=0ahUKEwjun6v10fPiAhUF

26  wFkKHVqdBHAQqSQIvgE

27        45.    On February 11, 2019, a customer who purchased the MacBook

28  Hardshell complained "The plastic is extremely weak and literally crumbles. The

bottom constantly pops off and creates wear marks in the MacBook Pro from the tabs that hold the case in place. Every Corner of this case on the bottom is crumbled off."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20hardshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg,rstart:110&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHVqdBHAQqSQIvgE

46.    On February 12, 2019, another customer who purchased the MacBook Hardshell wrote "I'm already on the second case after I claimed a warranty for the case cracking on the corners, and it's cracking again after 1 week of sitting on a desk. It also does not fit the computer perfectly and doesn't snap in everywhere it's supposed to. I suggest looking for a different case to protect your computer."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20hardshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg,rstart:70&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHVqdBHAQqSQIvgE

47.    On February 16, 2019, a customer who purchased the MacBook Hardshell wrote "I'm rather disappointed in this case. I haven't had it an entire month, and it's already cracked in four places. I have this on a MacBook Pro...it's not like I'm throwing it or banging it around. It's a case and should be able to handle everyday use. This case is not meeting this basic requirement."

14

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20hardshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg,rstart:50&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHVqdBHAQqSQIvgE

48.     On February 21, 2019, another customer who purchased the MacBook Hardshell complained, "[j]ust few months, with laptop 95% of the time on my home's desk, and the plastic cover is all broken on the edges, with parts falling out. Horrible product. I can only image if I had to rely on it to actually protect the computer. Wasted money."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20hardshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg,rstart:100&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHVqdBHAQqSQIvgE

49.     On March 21, 2019, a customer who purchased the MacBook Hardshell wrote "I bought this in December around Christmas time. I have had it on my macbook since, . . . This product is already cracking at the corners and falling apart. Not what I would have expected for the price. Will not be purchasing one of their products anymore."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20ha

rdshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds
=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL
BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-
wIdKE0RIZAFPVH717V8-
hGBU7qxyX5OweoZChUcetVg,rstart:40&sa=X&ved=0ahUKEwjun6v10fPiAhUF
wFkKHVqdBHAQqSQIvgE

50.    On March 25, 2019, a customer who purchased the MacBook Hardshell wrote, "[t[he case is very pretty but has cracked corners after only a few months of us. I also carry my laptop in its case in a laptop sleeve. I do not understand how the corners are all cracked and sharp as I have not dropped my laptop. I would not recommend as after only a few months with the case I need to look into buying another."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C
1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20ha
rdshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds
=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL
BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-
wIdKE0RIZAFPVH717V8-
hGBU7qxyX5OweoZChUcetVg,rstart:50&sa=X&ved=0ahUKEwjun6v10fPiAhUF
wFkKHVqdBHAQqSQIvgE

51.    On March 27, 2019, a customer who purchased the MacBook Hardshell wrote, "I take good care of my things, this is why I bought a case for my $3k macbook. This case broke/crack on both side inside my backpack. I don't toss my investments carelessly but for it to crack within 2 week not worth it."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C
1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%2015%20ha
rdshell%20reviews&oq=incase%20macbook%2015%20hardshell%20reviews&prds
=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFL

BoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg,rstart:90&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHVqdBHAQqSQIvgE

52.    On May 8, 2019, a customer who purchased the MacBook Hardshell complained that, "[t]he edges chipped off within a month and I've been extra precautious with my laptop since it's new... $40... ridiculously priced."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%202015%20hardshell%20reviews&oq=incase%20macbook%202015%20hardshell%20reviews&prds=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg,rstart:150&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHVqdBHAQqSQIvgE

53.    On May 16, 2019, a customer who purchased the MacBook Hardshell wrote, "While this clear case is great for showing off the MacBook, it took under a month for it to begin cracking and splintering. Six months in, and several corner pieces are missing and my computer is left vulnerable."

https://www.google.com/shopping/product/12503479978613654325/reviews?rlz=1C1GGRV_enUS819US819&biw=911&bih=438&q=incase%20macbook%202015%20hardshell%20reviews&oq=incase%20macbook%202015%20hardshell%20reviews&prds=paur:ClkAsKraX3IUf0N6hfPoc53OTcs1PK2Reujv0eSQiK7cJ5lL67NnNVobDFFLBoLygNhSYGd6A6CcDn4dAMl5RltQD5KMPSHLVzv2az_xgMNo9cqGFV-wIdKE0RIZAFPVH717V8-hGBU7qxyX5OweoZChUcetVg,rstart:40&sa=X&ved=0ahUKEwjun6v10fPiAhUFwFkKHVqdBHAQqSQIvgE

54.    On June 5, 2019, another customer who purchased the MacBook Hardshell complained that, "[t]his is a defective case 100%. Incase has a policy of replacement and I have been through over 7 of these. They are not what they use to be, they also lost the rubberized feel. Bad quality all around." https://www.amazon.com/Incase-Designs-Hardshell-MacBook-Retina/product-reviews/B01EH67HVW/ref=cm_cr_getr_d_paging_btm_next_4?filterByStar=critical&pageNumber=4

**CLASS ACTION ALLEGATIONS**

55.    Plaintiff brings this action pursuant to Federal Rules of Civil Procedure Rules 23(a), (b)(1), (b)(2), and/or (c)(4) as a representative of the following Class:

> All persons in the United States who purchased, other than for resale, a MacBook Hardshell.

Excluded from the Class are Incase and its officers, directors, employees, subsidiaries, and affiliates. Plaintiff reserves the right to modify or amend the Class definition based upon discovery and further investigation.

56.    Numerosity. Incase sold hundreds, if not thousands, of the MacBook Hardshell nationwide. Members of the class are widely dispersed throughout the country. Class members are so numerous that joinder is impracticable.

57.    Typicality. Plaintiff's claim is typical of the claims of all Class members. Plaintiff, like all members of the Class, purchased a MacBook Hardshell that contains the defect and is subject to a common express written warranty. Plaintiff, like all members of the Class, would not have purchased, or would have paid substantially less for, the MacBook Hardshell had he known of the defect or the fact that Incase would fail to remedy the defect or provide a refund or a defect free replacement in accordance with the warranty.

58.    Adequacy. Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff has no interest antagonistic to the interests of other Class members and is committed to vigorously prosecuting this case. Plaintiff has retained

counsel competent and experienced in the prosecution of consumer protection class actions involving defective consumer electronics.

59.    **Predominance.**  Questions of law and fact common to the Class members predominate over any questions that may affect only individual Class members.  Incase acted on grounds generally applicable to the Class as a whole. Questions of law and fact common to the Class include:

a.   Whether the MacBook Hardshell was defective at the time of sale;

b.   Whether the defect substantially impairs the value of the MacBook Hardshell;

c.   Whether Incase knew of the defect, but continued to promote and sell the MacBook Hardshell without disclosing the defect and its consequences to consumers;

d.   Whether a reasonable consumer would consider the  defect and its consequences important to the decision whether to purchase a MacBook Hardshell;

e.   Whether Incase carried out the discretion afforded to it under its written warranty in good faith;

f.   Whether Incase breached express and implied warranties connected with the MacBook Hardshell;

g.   Whether Incase's affirmative representations and omissions regarding the MacBook Hardshell (and the defect) were likely to deceive a reasonable consumer;

h.   Whether Incase engaged in deceptive business practices directed towards consumers in violation of New York GBL § 349;

i.   Whether Plaintiff and other members of the Class overpaid for their MacBook Hardshell as a result of the latent defect;

j.   Whether Plaintiff and other members of the Class are entitled to equitable relief, including restitution and injunctive relief; and

19

k.  Whether Plaintiff and other members of the Class are entitled to damages or other monetary relief and the amount thereof.

60.    Superiority:  A class action is superior to all other available methods for the fair and efficient adjudication of the controversy.  Because the amount of each individual Class member's claim is small relative to the complexity of the litigation, no Class member is likely to pursue an individual legal action for the violations detailed in this complaint.  Individualized litigation would significantly increase the delay and expense to all parties and to the Court and would create the potential for inconsistent and contradictory rulings.  A class action provides economies of scale and comprehensive supervision by a single court and allows modest sized claims, which otherwise would go unheard because of the expense of individual litigation, to be adjudicated.

**FIRST CLAIM FOR RELIEF**

**Breach of Express Warranty**

61.    Plaintiff repeats, realleges and incorporates by reference all preceding paragraphs of this Complaint as if set forth herein.

62.    Incase provided a one-year written Limited Warranty to consumers in connection with every sale of the MacBook Hardshell.  Under the terms of the Limited Warranty, Incase "warrants" the MacBook Hardshell "against defects in materials and workmanship for a one (1) year period from the date or original purchase ("Warranty Period") when the product is purchased through an authorized reseller."

63.    Incase's Limited Warranty provides:

Incase warrants the Product against defects in materials and workmanship for a one (1) year period from the date or original purchase ("Warranty Period") when the product is purchased through an authorized reseller.  If a defect arises and a valid claim is received by Incase within the Warranty Period, at its option, Incase will replace the

20

Product with a functionally equivalent new product.  Incase warrants repaired Products and replacement products provided hereunder against defects in materials and workmanship from the date of the repair or replacement for ninety (90) days or, if longer, for the remainder of the Warranty Period.

64.   Notwithstanding the Limited Warranty, Plaintiff's and Class members' MacBook Hardshells were materially defective at the time of sale and contained a defect in materials and/or workmanship which causes a substantial propensity for Hardshell Laptop Cases to crack and break apart, rendering them unfit for their primary purpose of protecting the Apple MacBook Pro Laptops for which they allegedly are designed to case and protect.  The defect in materials and/or workmanship renders the MacBook Hardshell unsuitable for its primary purpose and has existed at all relevant times.

65.   Plaintiff and Class members used their MacBook Hardshells in a manner consistent with the operating instructions prior to manifestation of the latent defect.

66.   Incase was on actual notice of the defective nature of the MacBook Hardshell before selling the device to Plaintiff and other Class members and received timely notice of the breaches from Plaintiff and other consumers.  Despite reasonable opportunities to honor the promises in its express warranty, Incase has failed to furnish an effective remedy to Plaintiff and other members of the Class.

67.   Incase's failure to provide Plaintiff and other Class members with a non-defective replacement laptop case or a refund of their purchase price is in breach of Incase's obligations under the warranty.

68.   As a direct and proximate result of Incase's breaches of express warranty, Plaintiff and other members of the Class have been damaged in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

### Breach of the Covenant of Good Faith and Fair Dealing

69.  Plaintiff repeats, realleges and incorporates by reference all preceding paragraphs of this Complaint as if set forth herein.

70.  A covenant of good faith and fair dealing is implied in every contract and imposes on each party a duty of good faith and fair dealing in the performance of the contract.  The duty to act in good faith and deal fairly requires adherence to commercial norms and prevents a contracting party from acting in contravention of the counterparty's objectively reasonable expectations arising from the agreement.

71.  Incase breached the covenant of good faith and fair dealing that accompanied its Limited Warranty and failed to exercise the discretion afforded to it under the terms of its warranty in good faith.  Incase engaged in a uniform practice of exercising its discretion to deny adequate warranty service through an effective replacement with a non-defective MacBook Hardshell, or purchase price-refund.

72.  Despite knowing that the MacBook Hardshell is defective, Incase deprived Plaintiff and other members of the Class of warranty service.

73.  Incase's refusal to provide a non-defective replacement or a refund unfairly nullified Plaintiff's and Class members' rights under the Limited Warranty. Incase's conduct departs from commercially reasonable behavior and violated Plaintiff's and Class members' objectively reasonable expectations arising from the express warranty.

74.  All of the conditions required for Incase's performance under the Limited Warranty had occurred.

75.  As a direct and proximate result of Incase's breach of the implied covenant of good faith and fair dealing, Plaintiff and the Class members have been damaged in an amount to be proven at trial.

## **THIRD CLAIM FOR RELIEF**

### **Breach of the Implied Warranty of Merchantability**

76.    Plaintiff repeats, realleges and incorporates by reference all preceding paragraphs of this Complaint as if set forth herein.

77.    By operation of law, Incase, as a manufacturer of the MacBook Hardshell and as offeror of the Limited Warranty, impliedly warranted to Plaintiff and Class members that the MacBook Hardshells they purchased were of merchantable quality and fit for their ordinary and intended use as protection for the portable Apple MacBook Pro laptops.

78.    Consumers who did not purchase their MacBook Hardshell directly from Incase are the intended third-party beneficiaries of: (1) the written distribution and supply agreements between Incase and its authorized resellers, and of the implied warranties that attach to those contract; and (2) Incase's Limited Warranty. The retailer sellers were not intended to be the ultimate users of the MacBook Hardshell and have no rights under the express warranty connected with the laptop. Incases' express warranty was designed for and intended to benefit end-user purchasers only.

79.    Incase breached the implied warranty of merchantability in connection with its sale and distribution of the MacBook Hardshell.  At the point of sale, the MacBook Hardshell contained a latent defect which rendered the device defective and unfit for its ordinary and intended purpose.

80.    Had Plaintiff and Class members known that the MacBook Hardshell was defective, they would not have purchased them, would not have purchased them at the price they paid, or would have returned them during their respective sellers' buyer's remorse periods.

81.    Plaintiff and Class members furnished Incase an opportunity to cure its breach of warranty and complied with all obligations under the implied warranty of merchantability.  Despite knowing the MacBook Hardshell is defective prior to or

concurrent with its sale, Incase has refused to provide Plaintiff and Class members with appropriate and effective warranty relief.  As a result, Plaintiff and Class members are left without the functional laptop case product they reasonably expected when making their purchasing decisions.

82.     As a direct and proximate result of Incase's breach of the implied warranty of merchantability, Plaintiff and Class members have sustained damages in an amount to be determined at trial.

### FOURTH CLAIM FOR RELIEF

### Violation of the Magnuson-Moss Warranty Act

### 15 U.S.C. §2301, et seq. ("MMWA")

83.     Plaintiff repeats, realleges and incorporates by reference all preceding paragraphs of this Complaint as if set forth herein.

84.     The MacBook Hardshell is a "consumer product" under the MMWA. 15 U.S.C.§ 2301(1)

85.     Plaintiff and Class members are "consumers" under the MMWA.  15 U.S.C. § 2301(3).

86.     Incase is a "supplier" and "warrantor" under the MMWA.  15 U.S.C. § 2301(4)-(5).

87.     Through written and implied warranties, Incase warranted to Plaintiff and Class members that the MacBook Hardshell which they purchased was free from defects, of merchantable quality, and fit for the ordinary purposes for which a laptop case is used.

88.     Incase breached and refused to honor these written and implied warranties.  As a result of the defect in materials and/or workmanship, the MacBook Hardshell is inoperable and fails to perform in accordance with its ordinary and intended purposes.

89.    Incase has been given reasonable opportunities to cure its breaches of warranty.  Incase had actual knowledge and ample notice of the defect in the MacBook Hardshell, but failed to provide an adequate remedy.

90.    The amount in controversy for purposes of Plaintiff's individual claims exceeds $25.  The amount in controversy in this action exceeds $50,000, exclusive of interest and costs, computed on the basis of all claims to be adjudicated.

91.    As a direct and proximate result of Incase's breaches of the express and implied warranties pursuant to 15. U.S.C. § 2310(d)(1), Plaintiff and the Class members have suffered damages in an amount to be determined at trial.

92.    Plaintiff also seeks costs and expenses, including reasonable attorney's fees, under MMWA, 15 U.S.C. § 2310(d)(2).

## FIFTH CLAIM FOR RELIEF

### Violation of New York General Business Law § 349

93.    Plaintiff repeats, realleges and incorporates by reference all preceding paragraphs of this Complaint as if set forth herein.

94.    Plaintiff brings this claim individually and on behalf of a New York subclass.

95.    Incase's conduct constitutes deceptive acts or practices in the conduct of business, trade or commerce or on the furnishing of services in New York which affects the public interest under N.Y. Gen. Bus. L. §349.  Plaintiff is a member of the consuming public.

96.    As fully alleged above, Incase deceived Plaintiff and other members of the Class by falsely representing that the MacBook Hardshell was free of material defects, by touting its superior features and capabilities and that it had been designed specifically to protect the Apple MacBook (see paragraphs 2 through 6 above), and by failing to disclose the defect in materials and/or workmanship.

97.    Incase's conduct was materially misleading to Plaintiff and members of the New York subclass.

25

98.     As a direct and proximate result of Incase's violation of this statute, Plaintiff and the members of the New York subclass were injured and suffered damages.

99.     The injuries to Plaintiff and the members of the New York subclass were foreseeable to Incase and thus, Incase's actions were unconscionable and unreasonable.

100.    Incase is liable for damages sustained by Plaintiff and the members of the New York subclass to the maximum extent allowable under N.Y. Gen. Bus. L. § 349.

101.    Pursuant to section 349 (h) of the New York General Business Law, Plaintiff and the New York subclass seek an order of this court enjoining Incase from continuing to engage in unlawful acts or practices and any other act prohibited by law, including those set forth in the complaint.

## PRAYER FOR RELIEF

Wherefore, Plaintiff, individually and on behalf of all others similarly situated and on behalf of general public, prays for judgment against Incase as to each and every cause of action, including:

A.     An order determining that the claims alleged herein may be maintained as a class action under Federal Rules of Civil Procedure Rule 23, and entry of an order certifying the Class defined above and appointing Plaintiff as Class representative;

B.     An order awarding Plaintiff and the proposed Class Members damages in the amount to be determined at trial;

C.     An order awarding declaratory and injunctive relief as permitted by law or equity, including enjoining Incase from continuing the unlawful practices as set forth herein;

D.     An order awarding attorneys' fees and costs to Plaintiff; and

E.    An order providing for any such further relief as may be just and proper.

Plaintiff demands a trial by jury as to all claims so triable.

Dated:  July 23, 2019                    FORTIS LLP


                                         By___*/s/ John M. Kennedy*_____
                                         Peter E. Garrell
                                         John M. Kennedy

                                         Catherine E. Anderson (*pro hac* pending)
                                         GISKAN SOLOTAROFF ANDERSON &
                                         STEWART, LLP

                                         Attorneys for Plaintiff
                                         VICTOR MALLH and the Class